■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHEYENNE J. KOONS, Appellant. (Appeal No. 2.) [977 NYS2d 646]—

Same memorandum as in *People v Koons* (113 AD3d 1063 [2014]).

All concur except Whalen, J., who dissents and votes to affirm in accordance with the same dissenting memorandum as in *People v Koons* (113 AD3d 1063 [2014]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.